UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| WAYFARER AVIATION INC,<br><br>　　　　Plaintiff,<br>　v.<br>KNUDSON DEVELOPMENT CO. LLC,<br><br>　　　　Defendant.<br>_____/ | No. C 10-00834 MEJ<br><br>**ORDER REQUESTING STATUS REPORT** |

Pursuant to the June 4, 2010 Case Management Order in this case, any dispositive motions were to be filed by December 30, 2010. (Dkt. #19.) Neither party filed a motion. Accordingly, the Court ORDERS the parties to file a joint status report by January 25, 2011.

**IT IS SO ORDERED.**

Dated: January 11, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge