ALSTON HUNT FLOYD & ING
Maren L. Calvert (Cal. Bar No. 217532)
1001 Bishop Street, Suite 1800
Honolulu, Hawai`i  96813
(808) 524-1800/FAX (808) 524-4591
E-mail: MCalvert@ahfi.com

WELTMAN, WEINBERG & REIS CO., L.P.A.
George R. Hicks, Jr., *pro hac vice* (Ohio Bar No. 0040750)
Counsel for Plaintiff, Wayfarer Aviation, Inc.
323 W. Lakeside Avenue, Suite 200
Cleveland, OH  44113
Phone: (216) 685-1108; Fax: (216) 685-4345
E-mail: ghicks@weltman.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYFARER AVIATION, INC., | 3:10-cv-00834-MEJ |
| Plaintiff, | [Hon. Maria-Elena James] |
| v. | |
| KNUDSON DEVELOPMENT COMPANY, LLC, | |
| Defendant. | |

## Stipulation and Order to Stay Further Proceedings

Plaintiff, Wayfarer Aviation, Inc. (hereinafter "Plaintiff") and Defendant Knudson Development Company, LLC (hereinafter "Defendant"), referred to collectively as "Parties", hereby stipulate, consent and otherwise agree, by and through the signatures of their respective counsel below, to stay further proceedings in this case until August 10, 2011.  The parties further agree that on or before August 10, 2011, they will either file a Stipulated Judgment or a Stipulation of Dismissal.

/ / /

PURSUANT TO STIPULATION, IT IS SO ORDERED,

Dated: February 2, 2011

_____
HON. MARIA-ELENA JAMES
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

Dated:  January 31, 2011        WELTMAN, WEINBERG & REIS CO., L.P.A.

/s/ George R. Hicks, Jr.
By:  George R. Hicks, Jr., pro hac vice

Dated:  January 31, 2011        ALSTON HUNT FLOYD & ING

/s/ Maren L. Calvert
By:  Maren L. Calvert