ALSTON HUNT FLOYD & ING
Maren L. Calvert (Cal. Bar No. 217532)
1001 Bishop Street, Suite 1800
Honolulu, Hawai`i  96813
(808) 524-1800/FAX (808) 524-4591
E-mail: MCalvert@ahfi.com

WELTMAN, WEINBERG & REIS CO., L.P.A.
George R. Hicks, Jr., *pro hac vice* (Ohio Bar No. 0040750)
Counsel for Plaintiff, Wayfarer Aviation, Inc.
323 W. Lakeside Avenue, Suite 200
Cleveland, OH  44113
Phone: (216) 685-1108; Fax: (216) 685-4345
E-mail: ghicks@weltman.com

**GRANTED**
Judge Maria-Elena James

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYFARER AVIATION, INC., | 3:10-cv-00834-MEJ |
| Plaintiff, | [Hon. Maria-Elena James] |
| v. | |
| KNUDSON DEVELOPMENT COMPANY, LLC, | |
| Defendant. | |

## Stipulation of Dismissal

Plaintiff Wayfarer Aviation, Inc. (hereinafter "Plaintiff") and Defendant Knudson Development Company, LLC (hereinafter "Defendant"), hereby stipulate pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that all claims in the above-entitled action are hereby dismissed with prejudice.

Each party shall bear its own attorneys' fees and costs incurred in connection with this case.

Dated: July 12, 2011  WELTMAN, WEINBERG & REIS CO., L.P.A.

  /s/MICHAEL F. SCHMITZ  
By: Michael F. Schmitz, *pro hac vice*

Dated: August 11, 2011  ALSTON HUNT FLOYD & ING

  /s/MAREN L. CALVERT  
By: Maren L. Calvert